ALICEA, DEMANDANTE Y APELANTE, *v.* ABOY, DEMANDADO Y
APELADO.

APELACIÓN procedente de la Corte de Distrito de Humacao en
causa sobre daños y perjuicios.

No. 1303.—Resuelto en julio 28, 1915.

AUTOMÓVIL PARTICULAR—CULPA O NEGLIGENCIA DEL CHAUFFEUR—RESPONSABILIDAD
DEL DUEÑO DEL AUTOMÓVIL—OCUPACIÓN DEL AUTOMÓVIL POR EL DUEÑO EN
EL MOMENTO DEL ACCIDENTE—ACTOS U OMISIONES PROPIOS.—El dueño de un
automóvil o de otro vehículo no es responsable de los actos de culpa o negli-
gencia de su empleado como *chauffeur*, si dicho automóvil no forma parte de
una empresa, *Vélez v. Llavina*, 18 D. P. R., 656, aun cuando el dueño viaje
en el automóvil o vehículo en el momento de ocurrir el acto negligente o cul-
pable de su empleado, porque la ley no le ha impuesto esa obligación en las
excepciones específicas establecidas a la regla general de que se es respon-
sable de los actos u omisiones propios.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. José Tous Soto* y *Manuel
Tous Soto*.

Abogados del apelado: *Sres. Charles Hartzell* y *F.Ramí-
rez de Arellano*.

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del tri-
bunal.

Después de detenida consideración resolvimos en el caso
de *Vélez* v. *Llavina*, 18 D. P. R., 657 que el dueño de un auto-
móvil o de un vehículo no es responsable de los actos de culpa
o negligencia de su empleado como *chauffeur*, si dicho auto-
móvil no forma parte de una empresa.

En la apelación interpuesta en el caso presente contra la
sentencia de la Corte de Distrito de Humacao que absolvió al
demandado Ramón Aboy Benítez por no existir causa de ac-
ción contra él, no se impugna la anterior doctrina del caso de
*Vélez* v. *Llavina* pero se sostiene que no es aplicable porque
el apelado Aboy viajaba en el automóvil que guiaba su
*chauffeur* cuando éste negligentemente causó el daño por el
cual se reclaman perjuicios al dueño del automóvil.

Este caso en nada se diferencia del de *Vélez* v. *Llavina, supra,* porque haciendo la ley responsable al dueño de un automóvil de la culpa o negligencia de su empleado como *chauffeur* solamente cuando el vehículo se utiliza en una empresa o negocio, no es responsable el dueño aunque viaje en él en el momento de ocurrir el acto negligente o culpable de su empleado porque la ley no le ha impuesto esa obligación en las excepciones específicamente establecidas a la regla general de que se responde de los actos u omisiones propios.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. Hutchison disintió.